Donald E. Roop, Plaintiff-Appellant, v. Farmers Automobile Management Corporation, d/b/a The Farmers Automobile Insurance Association, an Inter-Insurance Exchange, Defendant-Appellee.

Gen. No. 11,102.

Second District, First Division.
October 23, 1957.
Released for publication November 8, 1957.

Dixon,
Bales & Gunner (William R. Gunner, of counsel) for appellant;
Fearer & Nye (Gerald W. Fearer, of counsel) for appellee. JUS-
TICE McNEAL delivered the opinion of the court. Not to be pub-
lished in full.